UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEYSON SANTIAGO,

                Plaintiff,                    **ORDER**

     -against-                    21 Civ. 764 (AEK)

CITY OF YONKERS, BRIAN MCCORMACK,
THOMAS SABOL, and
JOHN OR JANE DOE 1-10,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 42. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  May 23, 2023
           White Plains, New York

                                                 **SO ORDERED.**

                                                 ANDREW E. KRAUSE
                                                 United States Magistrate Judge