UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JEYSON SANTIAGO,

               **JUDGMENT**

          Plaintiffs,  21 Civ. 00764 (AEK)

  -against-

CITY OF YONKERS, BRIAN McCORMACK,
THOMAS SABOL AND JOHN OR JANE DOE,

          Defendants.
------------------------------------------------------------------------X

  **WHEREAS**, plaintiff JEYSON SANTIAGO commenced this action by filing a complaint on or about January 28, 2021, alleging that defendants violated his federal civil rights; and

  **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

  **WHEREAS**, defendants, through the City of Yonkers, served plaintiffs with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on June 1, 2023;

  **WHEREAS**, on June 1, 2023; plaintiff accepted the Offer of Judgment, it is hereby,

  **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $25,000.00 in full satisfaction of all claims against the defendants herein, said $25,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor.  The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be

construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
June 14, 2023

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE